Robert J. Altz v. Louis Leiberson.— Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

Joseph A. McAleenan v. Massachusetts Bonding and Insurance Company.— Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

Ida V. Brewster v. The Commercial Travelers Mutual Accident Association of America.— Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

France and Canada Steamship Corporation v. Berwind-White Coal Mining Company.— Motion granted; question certified.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

John R. Abney v. Morris H. Rothschild.— Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

William T. McDowell v. Starobin Electrical Supply Company.— Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

John Weider v. W. R. Grace & Company.— Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of The City of New York (Service Street, etc.) — Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

Eva K. Conlon v. James H. Marsh and Others.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

Joseph Levinson v. Leon Sunshine.— Motion denied, with ten dollars costs.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

Ira L. Wood v. Samson D. Oppenheim and Others.— Motion granted on condition that the defendants furnish security, *first*, for the money judgment herein amounting to $1,786.10; *second*, for the payment on account of the purchase price, $2,000; and, *third*, in the further sum of $10,000 to secure the amount of any rents that may be collected.  If such security is not furnished within five days, the motion is denied.  Settle order on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

John Weider v. W. R. Grace & Company.— Motion denied and stay vacated.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

Joseph Hyland v. Alice Hyland.— Motion granted to the extent stated in order.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of Simon Bloom, etc.— Motion denied.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the People of the State of New York ex rel. John H. Delaney, as Transit Construction Commissioner, etc., v. Interborough Rapid Transit Company.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of Clarence F. Birdseye, an Attorney.— Respondent disbarred, with leave to apply for reinstatement in case his conviction for conspiracy in the State of Pennsylvania should be reversed.  Settle order on notice.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.